IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
NOV 18 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

WILLIAM R. HAAS, )
    Plaintiff, )
)
v. ) Case No. 1:10cv565
)
FALMOUTH FINANCIAL, LLC, )
    Defendants. )
)

## ORDER

The matter came before the Court for a final pretrial conference.

For the reasons stated from the Bench, and for good cause,

It is further **ORDERED** that the following schedule shall apply to the filing of motions for summary judgment:

    i.    Motions for summary judgment shall be filed no later than 5:00 p.m., Friday, December 10, 2010.

    ii.    Any opposition briefs to the motions shall be filed no later than 5:00 p.m., Wednesday, December 22, 2010.

    iii.    Any replies in support of the motions shall be filed no later than 5:00 p.m., Wednesday, December 29, 2010.

    iv.    Any oral argument on the motions for summary judgment is **SCHEDULED** for 2:00 p.m., Friday, January 14, 2011.

It is further **ORDERED** that a jury trial in this matter is **SCHEDULED** to commence at 10:00 a.m., Wednesday, February 9, 2011.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 18, 2010

/s/

T. S. Ellis, III
United States District Judge