IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM R. HAAS, )<br>)<br>Plaintiff/Counter-Defendant )<br>v. )<br>)<br>FALMOUTH FINANCIAL, LLC, )<br>)<br>Defendant/Counter-Plaintiff )<br>)<br>)<br>HSC REAL ESTATE HOLDINGS, LLC, )<br>)<br>Counterclaim-Plaintiff, )<br>v. )<br>)<br>WILLIAM R. HAAS )<br>)<br>and )<br>)<br>LINDA HAAS, )<br>)<br>Counterclaim-Defendants. ) | Civil Action No. 1:10 CV 565 TSE/IDD |

**HSC REAL ESTATE HOLDINGS, LLC'S MOTION TO STRIKE PORTIONS OF DECLARATION SUBMITTED BY WILLIAM R. HAAS**

Counterclaim-Plaintiff, HSC Real Estate Holdings, LLC ("HSC"), by and through counsel, pursuant to Rule 56(c)(2), Federal Rules of Civil Procedure, and moves for an Order striking portions of Declaration submitted by William R. Haas.

As set forth in the accompanying memorandum, the Court should strike Exhibit 1 and as well as the statements referenced in the Brief in Support of HSC's Motion to Strike as the exhibit and statements cannot be presented in admissible form at trial.

WHEREFORE, the Defendant/Counterclaim-Plaintiff, HSC, respectfully requests that the

1

Court enter an Order striking Exhibit 1 of the Declaration of William R. Haas as well as the referenced statements contained in the Brief in Support of HSC's Motion to Strike and for any such further relief that the Court deems appropriate.

                                                  Respectfully submitted,

                                                  HSC Real Estate Holdings, LLC
                                                  By Counsel

/s/ Christopher T. Whelan
Paul A. Morrison
Virginia State Bar No. 28007
Christopher T. Whelan
Virginia State Bar No. 33811
31 Garrett Street
Warrenton, Virginia 20186
(540) 347-1000
FAX (540) 349-4422
paul.morrison@hmrwlaw.com
chris.whelan@hmrwlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 29th day of December, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of the foregoing was sent via electronic mail to:

                              Henry W. McLaughlin
                     The Law Office of Henry McLaughlin, P.C.
                            Eighth and Main Building
                       707 East Main Street, Suite 135
                          Richmond, Virginia 23219

                            David H. Moyes, Esquire
                         Moyes & Associates, P.L.L.C.
                               21 N. King Street
                             Leesburg, Virginia 20176

                                                      /s/ Christopher T. Whelan