IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM R. HAAS,<br><br>    Plaintiff/Counter-Defendant<br>v.<br><br>FALMOUTH FINANCIAL, LLC,<br><br>    Defendant/Counter-Plaintiff | Civil Action No. 1:10 CV 565 TSE/IDD |
| HSC REAL ESTATE HOLDINGS, LLC,<br><br>    Counterclaim-Plaintiff,<br>v.<br><br>WILLIAM R. HAAS<br><br>and<br><br>LINDA HAAS,<br><br>    Counterclaim-Defendants. | |

## ATTORNEY'S FEES AFFIDAVIT

COMES NOW, David H. Moyes, Esquite, counsel for Defendant/Counter-Plaintiff, who after being sworn according to law, states the following:

1. I am over the age of eighteen, have personal knowledge of the matters contained herein, and am competent to testify to these matters.

2. My name is David H. Moyes, Esquire. I am a shareholder with the law firm Moyes & Associates, PLLC. ("M&A"). I received a law degree from the Columbus School of Law at Catholic University in 1973 and have been practicing in the Northern Virginia area since

that time. Jack C. Hanssen, Esquire is an associate attorney with the firm since 2005. He obtained a law degree from the University of Notre Dame School of Law in 2002 and has been practicing in Northern Virginia since that time. James Precobb, Esq. is an associate attorney, obtained a law degree from the University of Notre Dame School of Law in 2002, is licensed in the state of California and has been with the firm since 2010, he has been billed as a paralegal.

3. I represent Falmouth Financial, LLC ("**Falmouth**") in the above-captioned matter.

4. True and accurate copies of M&A's billing statement reflecting Falmouth's attorney's fees and costs incurred in this matter are attached hereto as Exhibit A (the "**Billing Statement**").

5. Litigation of this matter against Plaintiff/Counter-Defendant William R. Haas required the time and effort of those attorneys referenced in the Billing Statements. In the Billing Statement, "DHM" refers to me, David H. Moyes, Esquire, and "JCH" refers to Jack C. Hanssen, Esquire, and "JMP" refers to James M. Precobb, Esquire.

6. The hourly billing rate for each attorney that worked on this matter, during the period in which the work was performed is as follows: (1) David H. Moyes, $425/hr., and (2) Jack C. Hanssen, $350/hr. Those hourly rates reflect the rate regularly charged to, and received from, clients during that period. James Precobb has been billed to the client as a paralegal at the rate of $300/hr.

7. The total attorney's fees incurred by Falmouth to date are $71,065.00 with additional costs of $3,814.61 as reflected in the Billing Statement.

8. I am familiar with the hourly rates charged by other practitioners in Northern Virginia with similar expertise and experience to the attorneys who worked on this matter for Falmouth. The hourly rates charged by each of the attorneys and for paralegals who worked on

this matter for Falmouth are consistent with the hourly rates charged by other practitioners in Northern Virginia with similar expertise and experience.

9. Having litigated dozens of civil matters in state and federal courts throughout the Commonwealth of Virginia, I am familiar with what services are necessary to bring a civil litigation matter to a successful conclusion. The services performed, including the time spent, by each of the attorneys who worked on this matter for Falmouth and reflected in this Affidavit were reasonably necessary given the facts and circumstances associated with these proceedings.

10. The amount of attorney's fees charged to Falmouth in this matter, and sought now from the Defendant, is reasonable.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
DAVID H. MOYES


COMMONWEALTH OF VIRGINIA

County of Loudoun, to wit:


Personally appeared before me this 16th day of May, 2011, David H. Moyes, of the law firm Moyes & Associates, PLLC, who states and says that he is attorney for the above named Defendant/Counter-Plaintiff, and who further states that the foregoing is true and correct to the best of his knowledge and belief.

_____
Notary Public

My Commission Expires:_____

KARIN LYNNE ALEXANDER
Notary Public
Commonwealth of Virginia
153958
My Commission Expires Nov. 30, 2011

MOYES & ASSOCIATES, P.L.L.C.
21 North King Street
Leesburg, VA  20176


Invoice submitted to:
Falmouth Financial
P.O. Box 3009
Warrenton, VA 20188


May 12, 2011

In Reference To:   Haas Default
Invoice #10914


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/31/2009 DHM | Review file; telephone with client | 1.00<br>425.00/hr | 425.00 |
| 8/3/2009 DHM | Telephone with David Stone; draft letter | 1.00<br>425.00/hr | 425.00 |
| 8/10/2009 DHM | Telephone re letter; closing and documentation | 0.50<br>425.00/hr | 212.50 |
| 8/11/2009 DHM | Review plats; draft letter | 1.00<br>425.00/hr | 425.00 |
| 8/12/2009 DHM | Letter to Compliance Counsel | 0.40<br>425.00/hr | 170.00 |
| 8/14/2009 DHM | Email; telephone with Dena Roudybush re conference call | 0.50<br>425.00/hr | 212.50 |
| 8/19/2009 DHM | Telephone with Dena Roudybush (had to schedule continuation); status to client | 0.30<br>425.00/hr | 127.50 |
| 8/25/2009 DHM | Prepare package for Dena Roudybush; emails with client | 0.50<br>425.00/hr | 212.50 |
| 8/27/2009 DHM | Telephone with Dena (not completed) | 0.30<br>425.00/hr | 127.50 |
| 9/2/2009 DHM | Telephone with client; email counsel re status | 0.40<br>425.00/hr | 170.00 |

|            |     |                                                                                                               | Hrs/Rate        | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 9/3/2009   | DHM | Email exchange with Dena Roudybush                                                                            | 0.50 425.00/hr  | 212.50   |
|            | DHM | Emails with client                                                                                            | 0.30 425.00/hr  | 127.50   |
| 9/4/2009   | DHM | Telephone with Dena Roudybuch; email client                                                                   | 1.00 425.00/hr  | 425.00   |
| 9/9/2009   | DHM | Telephone with David Stone re status                                                                          | 0.30 425.00/hr  | 127.50   |
| 9/10/2009  | DHM | Settlement offer; telephone with David Stone                                                                  | 0.80 425.00/hr  | 340.00   |
| 9/25/2009  | DHM | Email re status                                                                                               | 0.30 425.00/hr  | 127.50   |
| 7/14/2010  | DHM | Email to David Stone; telephone with Tom Ross                                                                 | 0.40 425.00/hr  | 170.00   |
| 7/16/2010  | DHM | Review file and pleadings; draft; meeting w/David Stone                                                       | 3.00 425.00/hr  | 1,275.00 |
| 7/17/2010  | DHM | Review legal; prepare letter                                                                                  | 3.00 425.00/hr  | 1,275.00 |
| 7/19/2010  | JCH | Legal research re 2008 CFRs applicable; review w/David Moyes; review draft answer                             | 3.20 350.00/hr  | 1,120.00 |
|            | JCH | Legal research; prepare case briefs re commercial purpose; review letter; prepare outline of use, outline CFP | 6.00 350.00/hr  | 2,100.00 |
| 7/20/2010  | JCH | Revise answer and counterclaim; conference with Jim Precobb re same; conference with David Moyes re statutes and defenses | 1.90 350.00/hr | 665.00 |
|            | JCH | Revise answer and counterclaim                                                                                | 1.00 350.00/hr  | 350.00   |
|            | DHM | Prepare letter; forward draft response; email David Stone; message for Angela; phone disconnected             | 3.00 425.00/hr  | 1,275.00 |
| 7/21/2010  | JCH | Review local rules re ECF filing; review 7.1 filing                                                           | 0.40 350.00/hr  | 140.00   |
|            | JCH | Revise answer and counterclaim per DHM comments                                                               | 1.90 350.00/hr  | 665.00   |
|            | JCH | Review counterclaim and answer                                                                                | 0.60 350.00/hr  | 210.00   |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2010 | DHM | Review answer; closing file; emails | 4.00 425.00/hr | 1,700.00 |
| | DHM | Final revisions | 1.00 425.00/hr | 425.00 |
| 7/22/2010 | JCH | ECF package prep and ECF submission | 0.70 350.00/hr | 245.00 |
| | DHM | Review upload; answer; email Tom | 1.50 425.00/hr | 637.50 |
| 8/6/2010 | DHM | Status to client | 0.20 425.00/hr | 85.00 |
| 8/9/2010 | DHM | Discovery; review interrogatories, admissions | 1.00 425.00/hr | 425.00 |
| 8/12/2010 | JCH | Review status of case filing; research re FedRCivPro 55; prepare motion for deferred judgment; prepare affidavit; prepare draft order; conference w/David Moyes | 3.40 350.00/hr | 1,190.00 |
| 8/13/2010 | DHM | Rules re discovery default; pleadings | 1.80 425.00/hr | 765.00 |
| 8/16/2010 | DHM | Telephone with Chris Whelan; affidavit; review default; changes | 0.30 425.00/hr | 127.50 |
| | JCH | Revise motion for default; conference with David Moyes re same | 1.40 350.00/hr | 490.00 |
| 8/17/2010 | DHM | Review answer; phone conference with Henry McLaughlin - Rule 26 | 2.00 425.00/hr | 850.00 |
| 8/18/2010 | DHM | Email Joint Report | 0.40 425.00/hr | 170.00 |
| | JCH | ECF filing of joint report | 0.20 350.00/hr | 70.00 |
| 8/19/2010 | JCH | Conference with Jim Precobb re handwriting expert | 0.20 350.00/hr | 70.00 |
| | DHM | Telephone with Chris Whelan | 0.50 425.00/hr | 212.50 |
| 8/20/2010 | DHM | Handwriting - Christ/Stone re witnesses | 0.60 425.00/hr | 255.00 |
| 8/24/2010 | JCH | Prepare motion to join party; draft order; revise per David Moyes comments | 2.40 350.00/hr | 840.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2010 | DHM | Email David Stone; telephone with Henry McLaughlin; mtg with Jack Hanssen re document prep | 1.50 425.00/hr | 637.50 |
|  | JMP | Rule 26 disclosures | 0.20 300.00/hr | 60.00 |
| 8/25/2010 | DHM | Haas Pretrial in Alexandria | 4.00 425.00/hr | 1,700.00 |
|  | JMP | Continue research Rule 26 disclosures | 0.30 300.00/hr | 90.00 |
| 9/7/2010 | JCH | Review redacted documents re confidential information; instructions | 0.80 350.00/hr | 280.00 |
|  | DHM | Emails re Rule 26 | 0.50 425.00/hr | 212.50 |
|  | JMP | Isolate redactable materials in file | 1.10 300.00/hr | 330.00 |
|  | JMP | Copy non-redacted materials | 0.60 300.00/hr | 180.00 |
|  | JMP | Prepare redacted copies of documentation | 1.70 300.00/hr | 510.00 |
|  | JMP | Additional copies of non-redacted materials from Compliance Counsel | 0.20 300.00/hr | 60.00 |
| 9/8/2010 | DHM | Rule 26 disclosures | 0.50 425.00/hr | 212.50 |
| 9/9/2010 | JCH | Review 2 filings; review expert information; prepare email to client re disclosures and forensic experts; need for electronic back-up documents | 1.60 350.00/hr | 560.00 |
|  | JCH | Prepare letter and package for expert; review requirements | 2.10 350.00/hr | 735.00 |
|  | JMP | Interrogatories and PODs | 0.50 300.00/hr | 150.00 |
|  | JMP | Deposition for Curtis Baggett | 0.80 300.00/hr | 240.00 |
| 9/13/2010 | DHM | Occupancy document; print date | 0.40 425.00/hr | 170.00 |
| 9/14/2010 | DHM | Telephone with David Stone; telephone with Chris Whelan; review pleadings | 1.50 425.00/hr | 637.50 |

Falmouth Financial                                                                                           Page    5

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/14/2010 | JCH | | Telephone with Ron Morris; email package; telephone with Chris Whelan; review letter to Ron Morris; conference with David Moyes re same | 0.50 350.00/hr | 175.00 |
| | JMP | | Letter to Ron Morris | 0.20 300.00/hr | 60.00 |
| 9/16/2010 | JMP | | Rule 26(a)(2) Disclosure of Expert Testimony | 0.50 300.00/hr | 150.00 |
| 9/17/2010 | DHM | | Review pledge agreement | 0.40 425.00/hr | 170.00 |
| 9/21/2010 | JCH | | Review plaintiff's expert disclosures; email to Chris Whelan | 0.20 350.00/hr | 70.00 |
| 9/23/2010 | JCH | | Review pledge agreement; prepare redline; clean copy; second review; email to Whelan re changes | 2.10 350.00/hr | 735.00 |
| | DHM | | Pledge agreement; motion | 0.80 425.00/hr | 340.00 |
| 9/24/2010 | JCH | | Review depo time frames; begin preparing depo notices per Rule 30 | 0.30 350.00/hr | 105.00 |
| | DHM | | Telephone with Henry re deposition Rule 30(b) | 0.50 425.00/hr | 212.50 |
| | JMP | | Notice of deposition for William Haas; notice of deposition for Linda Haas | 0.60 300.00/hr | 180.00 |
| 9/27/2010 | DHM | | Disclosures; handwriting report | 1.20 425.00/hr | 510.00 |
| | JCH | | Voicemail from Ron Morris; telephone with Ron Morris; review known documents; compare; conference with David Moyes re need for new expert; telephone with Morris re return of originals | 0.80 350.00/hr | 280.00 |
| | JCH | | Research re other available experts; telephone with Applied Forensics; telephone with Don Ryan; email to Morris; telephone with Moran re expedited document review; review retainer; email to Moran with package of documents | 2.20 350.00/hr | 770.00 |
| 9/28/2010 | JCH | | Telephone with Ron Morris; telephone with Moran; conference with J. Precobb re document package | 0.20 350.00/hr | 70.00 |
| 9/29/2010 | DHM | | Telephone with Henry McLaughlin; email deposition notices | 1.00 425.00/hr | 425.00 |
| | JCH | | Conference with David Moyes re subpoenas; revise; file via ECF; email to Moran re status of document review; review response | 0.50 350.00/hr | 175.00 |

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/30/2010 | JCH | Telephone with T. Moran re expert testimony; conference with David Moyes re same; email to client and Chris Whelan re expert identification; review case law re sufficiency of expert designation | 0.50<br>350.00/hr | 175.00 |
| | JCH | Review and assemble expert designation; ECF filing; emails with Traci Moran | 1.50<br>350.00/hr | 525.00 |
| | JMP | Motion to compel | 0.80<br>300.00/hr | 240.00 |
| | JMP | Document redaction and prep for expert witness (Traci Moran) | 0.30<br>300.00/hr | 90.00 |
| 10/1/2010 | DHM | Court appearance; telephone with Chris Whelan, Henry | 4.00<br>425.00/hr | 1,700.00 |
| 10/3/2010 | DHM | Review information; report; impeachment; letter to David Stone | 0.40<br>425.00/hr | 170.00 |
| 10/6/2010 | JCH | Read case law re expert qualification | 1.90<br>350.00/hr | 665.00 |
| | JCH | Prepare memo re damaging material re their report; review material; email to Chris Whelan and client | 2.40<br>350.00/hr | 840.00 |
| 10/12/2010 | DHM | Order from Court; copy discovery; email re dates | 0.70<br>425.00/hr | 297.50 |
| 10/13/2010 | JMP | AIAS affidavit | 0.30<br>300.00/hr | 90.00 |
| | JMP | Motion to strike/disqualify plaintiffs expert witness | 0.40<br>300.00/hr | 120.00 |
| 10/18/2010 | JMP | Draft letter to depose Curtis Baggett; draft motion to remotely depose Curtis Baggett; limited appearance | 1.00<br>300.00/hr | 300.00 |
| 10/19/2010 | JCH | Review and revise motion to exclude; Blue Book check on citation format for Fed cr | 5.20<br>350.00/hr | 1,820.00 |
| 10/20/2010 | DHM | Review motion | 2.00<br>425.00/hr | 850.00 |
| 10/21/2010 | DHM | Review deposition notice/motion | 1.00<br>425.00/hr | 425.00 |
| 10/22/2010 | DHM | Telephone with Henry McLaughlin; email David Stone, Chris Whelan | 0.80<br>425.00/hr | 340.00 |
| 10/25/2010 | JCH | Finalize and file motion to strike | 0.70<br>350.00/hr | 245.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/26/2010 | DHM | Telephone with Henry McLaughlin; email re motion | 0.80<br>425.00/hr | 340.00 |
| 10/28/2010 | JMP | Notice of hearing for motiont o strike | 0.30<br>300.00/hr | 90.00 |
| 11/1/2010 | DHM | Email re notice; email David Stone | 0.50<br>425.00/hr | 212.50 |
| 11/8/2010 | JCH | Review revised discovery responses | 0.80<br>350.00/hr | 280.00 |
| 11/10/2010 | DHM | Telephone with David Stone; prepare for depositions | 1.90<br>425.00/hr | 807.50 |
|  | JCH | Finalize discovery responses; emails to client re same; telephone w/client | 0.40<br>350.00/hr | 140.00 |
|  | JCH | prepare outline of deposition topics; conference w/David Moyes re same | 0.70<br>350.00/hr | 245.00 |
|  | JCH | prepare for deposition; prepare deposition exhibits binders per David Moyes | 3.10<br>350.00/hr | 1,085.00 |
| 11/11/2010 | JCH | prepare additional discovery disclosures; depo binders | 1.90<br>350.00/hr | 665.00 |
|  | JMP | Prepare exhibits for depositions | 0.50<br>300.00/hr | 150.00 |
| 11/12/2010 | JMP | Lexis research | 0.40<br>300.00/hr | 120.00 |
|  | JMP | Notice of hearing | 0.10<br>300.00/hr | 30.00 |
|  | JCH | Review letter from Chris Whelan re outstanding issues; review emails and caselaw re extension of time; file notice of hearing; conference w/David Moyes re same | 1.00<br>350.00/hr | 350.00 |
|  | DHM | Depositions of Haas and Stone | 6.00<br>425.00/hr | 2,550.00 |
|  | DHM | Ltr to Chris Whelan; review; email Henry McLaughlin motions | 1.50<br>425.00/hr | 637.50 |
| 11/15/2010 | DHM | Summary judgment cases | 1.00<br>425.00/hr | 425.00 |
| 11/16/2010 | JCH | Prepare discovery pkg for Chris Whelan | 0.60<br>350.00/hr | 210.00 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 11/16/2010 | JCH | Conference w/Chris Whelan and David Moyes re strategy in pretrial motions | | 0.30<br>350.00/hr | 105.00 |
| | JCH | Prepare exhibit list | | 1.20<br>350.00/hr | 420.00 |
| | JCH | Revise exhibit list; obtain ECF recent filings | | 0.30<br>350.00/hr | 105.00 |
| | JMP | Motion in opposition to extend discovery | | 1.10<br>300.00/hr | 330.00 |
| | DHM | Motion and opposition | | 0.50<br>425.00/hr | 212.50 |
| 11/17/2010 | JMP | Continue motion in opposition to extend discovery | | 5.30<br>300.00/hr | 1,590.00 |
| | JCH | LEXIS research re Rule 16 motion to extend time | | 0.30<br>350.00/hr | 105.00 |
| 11/18/2010 | JMP | Occupancy statement exhibitis | | 0.30<br>300.00/hr | 90.00 |
| | DHM | Pretrial in Alexandria and filing | | 3.50<br>425.00/hr | 1,487.50 |
| | JCH | Prepare memo opposing extension; review 4th Circuit caselaw; prepare and file 26(a)(3) disclosures | | 3.40<br>350.00/hr | 1,190.00 |
| 11/19/2010 | JMP | Deposition review, copying; jury instructions | | 0.70<br>300.00/hr | 210.00 |
| | DHM | Discovery | | 1.00<br>425.00/hr | 425.00 |
| | JCH | Review deposition of Ron Haas; research re deed; notice for failure to disclose witness | | 2.00<br>350.00/hr | 700.00 |
| 11/22/2010 | JCH | Review and revise | | 0.50<br>350.00/hr | 175.00 |
| | JMP | Objections to witnesses and exhibits | | 0.80<br>300.00/hr | 240.00 |
| 11/23/2010 | JCH | Telephone w/Chris Whelan; review email | | 0.30<br>350.00/hr | 105.00 |
| 11/29/2010 | JCH | Finalize and file objections to witnesses, exhibits | | 0.50<br>350.00/hr | 175.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 11/29/2010 | JMP | Objections to Plaintiff witnesses and exhibits | 0.20<br>300.00/hr | 60.00 |
| 11/30/2010 | JCH | Review objections to exhibits filed by Haas | 0.50<br>350.00/hr | 175.00 |
| 12/2/2010 | JMP | Memorandum in opposition to Plaintiff's motion to extend time for discovery | 0.30<br>300.00/hr | 90.00 |
| | JCH | Finalize motion in opposition to extension of discovery | 0.80<br>350.00/hr | 280.00 |
| 12/3/2010 | JCH | Revise memo in opposition to motion to extend per David Moyes comments; file by EDF; email to client; email w/Chris Whelan | 0.90<br>350.00/hr | 315.00 |
| 12/7/2010 | JCH | Review draft summary judgment motion from Chris Whelan; prepare redline | 1.70<br>350.00/hr | 595.00 |
| 12/8/2010 | JMP | Motion for summary judgment | 0.40<br>300.00/hr | 120.00 |
| | JMP | Judgment order | 0.50<br>300.00/hr | 150.00 |
| | DHM | Summary judgment and order | 1.20<br>425.00/hr | 510.00 |
| | JCH | Review legal arguments in summary judgment motion; review caselaw; revise; email to Chris Whelan re same; email exchange w/client | 1.90<br>350.00/hr | 665.00 |
| 12/9/2010 | JMP | Scanning of documents; email correspondence w/Chris Whelan | 0.40<br>300.00/hr | 120.00 |
| | JCH | Final proof of summary judgment motion; discussion w/David Moyes, Chris Whelan; email to client | 2.00<br>350.00/hr | 700.00 |
| 12/10/2010 | DHM | Court appearance; motion to extend, summary judgment | 4.00<br>425.00/hr | 1,700.00 |
| | JCH | Review reply to opposition to extend discovery; telephone w/David Moyes re same | 0.40<br>350.00/hr | 140.00 |
| | JCH | Finalize and file motion for summary judgment | 0.60<br>350.00/hr | 210.00 |
| 12/30/2010 | DHM | Review memos, summary judgment | 0.60<br>425.00/hr | 255.00 |
| 1/13/2011 | JMP | LEXIS research; FastCase resarch; Journal/Assn Periodical; draft memorandum re motion to strike; draft memorandum re motion for summary judgment | 6.20<br>300.00/hr | 1,860.00 |

|            |     |                                                                 | Hrs/Rate        | Amount   |
|------------|-----|-----------------------------------------------------------------|-----------------|----------|
| 1/14/2011  | DHM | Prepare for and attend hearing in Alexandria                    | 5.00 425.00/hr  | 2,125.00 |
| 1/20/2011  | DHM | Telephone w/Chris Whelan; forward Order                         | 0.50 425.00/hr  | 212.50   |
| 2/10/2011  | JMP | PACER research                                                  | 0.20 300.00/hr  | 60.00    |
| 2/28/2011  | DHM | Email Chris Whelan; telephone w/Chris Whelan                    | 0.50 425.00/hr  | 212.50   |
| 3/1/2011   | DHM | Telephone and review w/Chris Whelan                             | 1.00 425.00/hr  | 425.00   |
|            | DHM | Telephone w/David Stone                                         | 0.50 425.00/hr  | 212.50   |
| 3/2/2011   | DHM | Email Chris Whelan                                              | 0.50 425.00/hr  | 212.50   |
| 3/7/2011   | JMP | Research (Lexis); prepare motion to withdraw                    | 0.50 300.00/hr  | 150.00   |
| 3/8/2011   | JCH | Prepare motion in opposition                                    | 0.30 350.00/hr  | 105.00   |
|            | DHM | Telephone w/Chris re Motion and hearing; emails                 | 1.00 425.00/hr  | 425.00   |
| 3/15/2011  | JCH | Review opposition to summary judgment; email to client re same  | 0.80 350.00/hr  | 280.00   |
| 3/16/2011  | DHM | Telephone w/Chris Whelan re motion                              | 0.30 425.00/hr  | 127.50   |
| 3/24/2011  | JCH | Review memo in support of S/J from Whelan                       | 0.30 350.00/hr  | 105.00   |
|            | JCH | Review and file memo in support of S/J                          | 0.30 350.00/hr  | 105.00   |
| 3/31/2011  | JCH | Review Haas response to S/J memo; email to client               | 0.30 350.00/hr  | 105.00   |
| 5/5/2011   | DHM | Email re Order                                                  | 0.60 425.00/hr  | 255.00   |
|            | JCH | Review summary judgment order; email to client                  | 0.30 350.00/hr  | 105.00   |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2011 | JCH | Review scheduling of deadlines and hearing; email David Moyes re same | 0.20<br>350.00/hr | 70.00 |
| 5/9/2011 | JCH | Conference w/David Moyes re fees | 0.20<br>350.00/hr | 70.00 |
| | | For professional services rendered | 188.70 | $71,065.00 |
| | | Additional Charges : | | |
| 8/2/2010 | JCH | Lexis-Nexis Research - July | | 57.07 |
| 9/1/2010 | JCH | Lexis-Nexis Research-August | | 146.10 |
| 9/10/2010 | DHM | USPS - Priority Mail (docs to expert) | | 15.70 |
| 9/28/2010 | DHM | Applied Forensics-Expert Fee | | 1,250.00 |
| | JCH | Cavalier Courier to Tracy Moran | | 44.00 |
| 10/1/2010 | JCH | Lexis-Nexis Research-September | | 5.25 |
| | DHM | Applied Forensics-Expert Fee | | 1,500.00 |
| 11/1/2010 | JCH | Lexis-Nexis Research-October | | 16.00 |
| 11/30/2010 | JCH | Lexis-Nexis Research-November | | 94.68 |
| 12/6/2010 | DHM | Casamo Reporters-Haas Depositions | | 661.50 |
| 12/31/2010 | JCH | Lexis-Nexis Research-December | | 4.72 |
| 1/31/2011 | JCH | Lexis-Nexis Research - January | | 12.41 |
| 4/1/2011 | JCH | Lexis-Nexis Research - March | | 7.18 |
| | | Total additional charges | | $3,814.61 |
| | | Total amount of this bill | | $74,879.61 |
| | | Accounts receivable transactions | | |
| 5/17/2010 | | Payment - thank you | | ($3,867.50) |
| 7/19/2010 | | Payment - thank you | | ($15,000.00) |
| 1/5/2011 | | Payment - thank you. Check No. 10078 | | ($5,000.00) |
| | | Total payments and adjustments | | ($23,867.50) |

|  | Amount |
|---|---:|
| Balance due | $51,012.11 |